# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 8:03-cv-3317-PJM |
| ) | |
| v. ) | |
| ) | |
| **AMERIDEBT, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| In re: ) | |
| ) | |
| **ANDRIS PUKKE,** ) | Case No. PJM 05-2362 |
| ) | (Chapter 11) |
| Debtor. ) | |

## MOTION FOR HEARING ON MOTION FOR AN ORDER APPROVING THE SETTLEMENT AGREEMENT AND RELEASES BETWEEN THE STATE OF MISSOURI AND DEBTWORKS, INC., <u>INFINITY RESOURCES GROUP, INC. AND ANDRIS PUKKE</u>

Andris Pukke, (the "Debtor"), hereby moves the Court to schedule a hearing, if necessary, to resolve the Debtor's Motion For an Order Approving The Settlement Agreement And Releases Between The State Of Missouri And DebtWorks, Inc., Infinity Resources Group, Inc. And Andris Pukke, filed concurrently herewith, as expeditiously as possible to resolve creditor objections, if any, and to issue and order approving the Settlement Agreement.

Date:  December 19, 2005                              Respectfully submitted,


          _____/s/_____
John B. Williams #82184
Geoffrey S. Irwin #87221
JONES DAY
51 Louisiana Avenue, NW
Washington  DC  20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

*Counsel for Defendants Andris Pukke and DebtWorks, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2005, a copy of the foregoing Motion for Hearing on Motion for an Order Approving the Settlement Agreement and Releases Between the State of Missouri and DebtWorks, Inc., Infinity Resources Group, Inc. and Andris Pukke was mailed via first class mail, postage prepaid, to all parties to the FTC and Polacsek actions as well as the creditors to the top 20 claims in the matter as identified in the Debtor's bankruptcy petition.

/s/
John B. Williams