IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERIDEBT, INC., et al.,<br><br>    Defendants. | Civil Action No. PJM 03-3317 |

## ORDER APPROVING SEPARATE SETTLEMENTS WITH VITO PIZZONIA AND TIMOTHY MCCALLAN

The Emergency Motion by Receiver for Order Approving Separate Settlements with Vito Pizzonia and Timothy McCallan ("Settlement Motion") having been duly filed on March 7, 2008 by Robb Evans & Associates LLC as Receiver ("Receiver") pursuant to this Court's Preliminary Injunction Order with Asset Freeze, Appointment of a Receiver, Repatriation of Assets, and Other Equitable Relief dated April 20, 2005 (the "Preliminary Injunction Order") and the Stipulated Final Judgment and Permanent Injunction as to Defendants DebtWorks, Inc. and Andris Pukke filed May 17, 2006 (the "Final Judgment"); the Court having granted the Receiver's Motion for Order Shortening Time for Opposition to Emergency Motion by Receiver for Order Approving Separate Settlements with Vito Pizzonia and Timothy McCallan ("Motion to Shorten Time") filed concurrently therewith as set forth in the Court's Order entered March 11, 2008 (Document No. 676); the Settlement Motion having been duly served; no opposition to the Settlement Motion having been timely filed pursuant to the deadline set under the Motion to Shorten Time and the Court's March 11, 2008 Order granting the Motion to Shorten Time; and

LA:17297165.1

the Court, having reviewed and considered the Settlement Motion and the pleadings and papers filed in support thereof, and finding good cause to grant the Receiver's Settlement Motion,

IT IS ORDERED that:

1. The notice provided by service of the Emergency Motion on the parties is adequate and sufficient, and no further notice is necessary;

2. The Settlement Motion is granted, and the Settlement Agreement with Vito Pizzonia and the Settlement Agreement with Timothy McCallan, attached as Exhibits 1 and 2, respectively, to the Declaration of Brick Kane filed in support of the Settlement Motion, are each hereby approved; and

3. The Receiver is hereby authorized to enter into the Settlement Agreements with Vito Pizzonia and Timothy McCallan and to execute, acknowledge and deliver any and all agreements, assignments, documents and instruments necessary or convenient to complete, implement, effectuate and consummate the Settlement Agreements.

Dated: 3/19/08

PETER J. MESSITTE
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March 2008, a copy of the ORDER APPROVING SEPARATE SETTLEMENT AGREEMENTS WITH VITO PIZZONIA AND TIMOTHY MCCALLAN was served on the parties listed on the attached Service List in the manner indicated.

                                          /s/
                              Christina M. Carroll
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone:   (202) 496-7500
Fax:   (202) 496-7756
E-mail:  ccarroll@mckennalong.com

Attorneys for Robb Evans & Associates LLC, Receiver

LA:17297165.1
3

## SERVICE LIST

The following CM/ECF participants were served by electronic means on March 14, 2008:

- Gary C. Adler - gadler@oconnorhannan.com; jmurphy@oconnorhannan.com
- Robert M .Adler - radler@oconnorhannan.com; jcomisiak@oconnorhannan.com; jtowell@oconnorhannan.com
- Allison Ilene Brown - aibrown@ftc.gov
- Ramona Dee Elliott - relliott@ftc.gov
- Geoffrey Smith Irwin - gsirwin@jonesday.com
- Charles Kevin Kobbe - kevin.kobbe@dlapiper.com
- William N. Lobel - wlobel@irell.com
- Glenn A. Mitchell - gamitchell@steinmitchell.com; abeato@steinmitchell.com
- Malini Mithal – mmithal1@ftc.gov
- Lucy Emily Morris - lmorris@ftc.gov
- Kevyn D. Orr - korr@jonesday.com
- Jeffrey Mark Reisner - jreisner@irell.com
- Sanford M. Saunders, Jr. - saunderss@gtlaw.com
- Roger Schlossberg - bkcreditor@schlosslaw.com; rschlossberg@schlosslaw.com
- Mark David Taylor - taylor.mark@arentfox.com
- John Buchanan Williams - jbwilliams@jonesday.com; aypowell@jonesday.com

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 14, 2008:

John J. Locurto
Dara B. Oliphant
Unites States Department of Justice
PO Box 227
555 Fourth St. NW
Washington, DC 20044

Ellyn Garofalo, Esq.   (Courtesy Copy)
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
(Counsel for Andris Pukke)

Michael Macco (Courtesy Copy)
Macco & Stern, LLP
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
(Counsel for Vito Pizzonia)

LA:17297165.1

Anthony A. Capetola (Courtesy Copy)
The Law Offices of Anthony A. Capetola
Two Hillside Avenue, Building C
Williston Park, NY 11596
(Counsel for Timothy McCallan)